**1369 McDONALD (Supervisor) vs. SHEPHERD (Supervisor), No. 14444½.**

To compel respondent supervisor of Mikado township to spread upon the tax roll a sufficient sum to pay a judgment recovered by Greenbush township against Mikado township.

Order to show cause denied, October 2, 1894, on the ground that the application should be made to the Circuit Court.

**1370 WOOD (Assessor School Dist.) vs. KILLMASTER (Supervisor, Township of Gustin), No. 13157.**

To compel respondent to place the amount of a certain judgment recovered against relator's district upon the tax roll.

Alternative writ granted November 15, 1892.

**1371 WOOD vs. KILLMASTER (Supervisor), No. 13557.**

Relator filed a petition, showing that the order entered in the preceding case had not been complied with, and a peremptory mandate was issued June 14, 1893, in default of answer, with costs, directing respondent to comply forthwith.

**1372 SHIPPEY vs. SUPERVISORS (City of Au Sable), No. 12361, 90 M., 45.**

To compel assessment of the amount of a certain judgment.

Denied January 22, 1892, with costs to relator, on the ground that it is too late to issue the writ for any effect upon the tax roll of 1891, but held, that relator was entitled to have the tax spread upon the roll for 1892.

**1373 HAINES vs. BOARD OF SUPERVISORS (Saginaw), No. 11754.**

To compel respondent to allow to a township a certain credit and to provide for its payment.

Denied February 10, 1891, but petitioner allowed to withdraw petition and fortify same with certified copies of records.

1374 HAINES vs. BOARD OF SUPERVISORS (Saginaw), No. 11997; 87 M., 237; 99 M., 32.

To compel respondent to allow to a township a certain credit and to provide for its payment.

Order to show cause granted March 13, 1891. Issues settled and remanded for trial July 28, 1891.

Writ granted February 12, 1894, with costs.

Held, a proper case for reference by the Circuit Court to a referee, under How. Stat., Sec. 7378.

1375 WHITLEY vs. COMMON COUNCIL (Lansing), 27 M., 131.

1376 FRENCH vs. COMMON COUNCIL (Lansing), 30 M., 377.

1377 DAVIS vs. COMMON COUNCIL (Lansing), 31 M., 489.

To compel the assessment of a sufficient sum to pay for amounts claimed to be due under a grading contract, upon orders issued on the engineer's estimates as the work progressed. An assessment was made which was held invalid. By Act No. 338, Laws of 1869, a reassessment was provided for to pay for the improvement, but the act required a re-survey and a re-estimate of the amount of the excavation and provided for payment for the work, upon the basis of the new estimates. The answer in the first case averred that the original estimates were incorrect, but the court held that the estimates under the act of 1869 did not bind the contractor, reserved the question as to the conclusiveness of the original estimates, and ordered an issue to be framed and